# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANTONY L. SMITH,** | ) | **CASE NO. 4:04CV3329** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **COCA-COLA BOTTLING CO. OF MID-AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' stipulation to the entry of an order of dismissal. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The parties' stipulation (Filing No. 29) is approved;

2. The Complaint is dismissed with prejudice; and

3. The parties shall bear their own costs and attorney fees.

DATED this 28th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge